JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 3 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1791

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION

*Howard Jacobs, et al. v. AT&T Corp., et al.*, S.D. Florida, C.A. No. 0:07-60365

CONDITIONAL TRANSFER ORDER (CTO-6)

On August 9, 2006, the Panel transferred 15 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 444 F.Supp.2d 1332 (J.P.M.L. 2006). Since that time, 28 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vaughn R. Walker.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Walker.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of August 9, 2006, and, with the consent of that court, assigned to the Honorable Vaughn R. Walker.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 1 0 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# INVOLVED COUNSEL LIST (CTO-6)
## DOCKET NO. 1791
## IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION

Brian Hugh Adler
McGrane Nosich & Ganz
75 Valencia
Suite 1100
Coral Gables, FL 33134

Albert L. Frevola Jr.
Gordon, Hargrove & James, P.A.
2400 East Commercial Boulevard
Suite 1100
Fort Lauderdale, FL 33308-3092