CLOSED, LSS, STAY, STAYED

# U.S. District Court
## Southern District of Florida (Ft. Lauderdale)
## CIVIL DOCKET FOR CASE #: 0:07-cv-60365-WJZ
### Internal Use Only

| | |
|---|---|
| Jacobs et al v. AT&T Corp. et al<br>Assigned to: Chief Judge William J. Zloch<br>Cause: 28:1441 Notice of Removal | Date Filed: 03/14/2007<br>Jury Demand: Defendant<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: Federal Question |

**Plaintiff**

**Howard Jacobs**  represented by **Brian Hugh Adler**
*a natural person*  Bader Stillman & Adler PL
 6100 W Atlantic Boulevard
 Margate, FL 33063
 US
 954-971-3399
 Fax: 954-979-3101
 Email: TriallawyerBA@msn.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laurence Kornblum**  represented by **Brian Hugh Adler**
*a natural person*  (See above for address)
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Miller**  represented by **Brian Hugh Adler**
*a natural person, on behalf of*  (See above for address)
*themselves and All others Similarly*  *LEAD ATTORNEY*
*Situated,*  *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AT&T Corp.**  represented by **Albert L. Frevola, Jr.**
*a foreign corporation*  Gordon Hargrove & James
 2400 East Commercial Boulevard
 Suite 1100
 Fort Lauderdale, FL 33308-3092
 954-958-2500
 Fax: 958-2513
 Email: afrevola@ghj.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vanessa Dawn Sloat-Rogers**
Gordon Hargrove & James, P.A.
2400 E. Commerical Blvd
Suite 1100
Fort Lauderdale, FL 33308
954-958-2500
Fax: 954-958-2513
Email: vsloatrogers@ghj.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**American Telephone and Telegraph Company**
*a foreign corporation*

**Defendant**

**Bellsouth Telecommunications, Inc.**　　　represented by　**Albert L. Frevola, Jr.**
*a foreign corporation*　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Cingular Wireless LLC**　　　　　　　　　represented by　**Albert L. Frevola, Jr.**
*a foreign limited liability company*　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon Communications Inc.**
*a foreign limited liability company*

**Defendant**

**Verizon Florida, Inc.**
*a Florida corporation*

**Defendant**

**Does 1-20**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2007 | 1 | NOTICE OF REMOVAL of complaint from the 17th Judicial Circuit for Broward County: NO ANSWER FILED; Filing fee $350 Receipt#: 539594, filed by Bellsouth Telecommunications, Inc., Cingular Wireless LLC, AT&T Corp..(vt) (Entered: 03/15/2007) |
| 03/20/2007 | 2 | Unopposed MOTION to Stay *Proceedings in Light of Pending Ruling By* |

|  |  |  |
|---|---|---|
|  |  | *the Judicial Panel on MultiDistrict Litigation* by AT&T Corp.. Responses due by 4/3/2007 (Attachments: # 1 Exhibit A# 2 Text of Proposed Order)(Sloat-Rogers, Vanessa) (Entered: 03/20/2007) |
| 03/21/2007 | 3 | NOTICE by AT&T Corp. re 2 Unopposed MOTION to Stay *Proceedings in Light of Pending Ruling By the Judicial Panel on MultiDistrict Litigation (Notice of Filing Corrected Exhibit "A")* (Attachments: # 1 Exhibit A)(Sloat-Rogers, Vanessa) (Entered: 03/21/2007) |
| 03/22/2007 | 4 | ORDER granting 2 Motion to Stay. Signed by Judge William J. Zloch on 3/22/2007. (bc) (Entered: 03/22/2007) |
| 03/22/2007 |  | Case Stayed, ***Civil Case Terminated. (bc) (Entered: 03/22/2007) |
| 03/27/2007 | 5 | NOTICE by AT&T Corp. *Notice of Filing Conditional Transfer Order* (Sloat-Rogers, Vanessa) (Entered: 03/27/2007) |
| 04/10/2007 | 6 | CONDITIONAL TRANSFER ORDER (CTO-6) transferring case to the Northern District of California re: MDL # 1791 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to Judge Vaughn R. Walker (signed by Jeffery N. Luthi, Clerk of the Panel).(de) (Entered: 04/26/2007) |
| 04/17/2007 | 7 | CONDITIONAL TRANSFER ORDER (CTO-6) transferring case to the Northern District of California re: MDL # 1791 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to Judge Vaughn R. Walker (signed by Jeffery N. Luthi, Clerk of the Panel).(de) (Entered: 05/09/2007) |
| 04/17/2007 | 8 | Transmittal Letter from the Northern District of California requesting case. (de) (Entered: 05/09/2007) |
| 05/09/2007 | 9 | Transmittal Letter Sent with electronic copy of the docket sheet, all docket entries, and letter of request to transferee Court, Northern District of California. (de) (Entered: 05/09/2007) |