

RECEIVED
CLERK'S OFFICE

2007 MAR 15 P 3: 32

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

In re

National Security Agency
Telecommunication Record Litigation

MDL Docket No. 1791

## SCHEDULE OF RELATED ACTION

| CAPTION | DISTRICT/DIVISION | CIVIL ACTION # | JUDGE |
|---|---|---|---|
| Jacobs et al. v. AT&T Corp., American Telephone and Telegraph Company, Bellsouth Telecommunications, Inc., Cingular Wireless, LLC, Verizon Communications, Inc., Verizon Florida, Inc., and DOES 1-20 | S.D. Florida (Ft. Lauderdale) | 07-cv-60365 | Hon. William J. Zloch |



EXHIBIT A

## CERTIFICATE OF SERVICE

RECEIVED
CLERK'S OFFICE

The undersigned attorney, Angela M. Xenakis, hereby certifies that she caused a copy of the letter of Edward R. McNicholas to the Clerk of the Judicial Panel on Multidistrict Litigation, dated March 15, 2007 to be served on all counsel on the attached MDL Master Service List, via U.S. Mail, postage prepaid, on this 15th day of March 2007. In addition, those counsel of record in the related action, as listed in the attached supplemental service list, also received service of the foregoing via U.S. Mail, postage prepaid, on this 15th day of March 2007.

Angela M. Xenakis

## Supplemental Service List for Related Actions

Brian H. Adler, Esq.
Bader, Stillman & Adler, P.L.
6100 W. Atlantic Boulevard
Margate, FL 33063

Co-Counsel for Plaintiffs

Gary Shapiro, Esq. and
David Sternlieb, Esq.
Shapiro & Sternlieb, LLC
800 Tennent Road, Second Floor
Manalapan, NJ 07726

Co- Counsel for Plaintiffs

Albert L. Frevola, Jr.
Gordon Hargrove & James
2400 East Commercial Boulevard
Suite 1100
Fort Lauderdale, FL 33308

Lead Attorney for Defendant
AT&T Corp.

Ronald Motley, Esq. and
Donald Migliori, Esq.
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Co-Counsel for Plaintiffs

Christopher Placitella, Esq. and
William Marvin, Esq.
Cohen, Placitella & Roth, P.C.
15 Maple Avenue
Red Bank, NJ 07701

Co-Counsel for Plaintiffs

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**  Page 1

Docket: 1791 - In re National Security Agency Telecommunications Records Litigation
Status: Pending on / /
Transferee District:        Judge:                                              Printed on 06/09/2006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Afran, Bruce I.<br>10 Braeburn Drive<br>Princeton, NJ 08540 | => Afran, Bruce I. |
| Alger, Timothy L.<br>Quinn, Emanuel, Urquhart, Oliver & Hedges<br>865 South Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017-2543 | => Lycos, Inc.; Wired News |
| Barnett, Alexander E.<br>Mason Law Firm, P.C.<br>One Penn Plaza<br>Suite 4632<br>New York, NY 10119 | => Phillips, Lawrence |
| Bechtold, Timothy M.<br>Rossbach, Hart & Bechtold, P.C.<br>401 North Washington Street<br>P.O. Box 8988<br>Missoula, MT 59807-8988 | => Dolberg, Steve* |
| Beisner, John H.<br>O'Melveny & Myers, LLP<br>1625 Eye Street, N.W.<br>Washington, DC 20006-4001 | => Verizon Communications, Inc.*; Verizon Global Networks, Inc.*; Verizon Northwest, Inc.*; Verizon Wireless LLC |
| Brosnahan, James J.<br>Morrison & Foerster, LLP<br>425 Market Street<br>San Francisco, CA 94105 | => Klein, Mark |
| Cohn, Cindy A.<br>Electronic Frontier Foundation<br>454 Shotwell Street<br>San Francisco, CA 94110 | => Hepting, Tash*; Hicks, Gregory*; Jewel, Carolyn*; Knutzen, Erik* |
| George, Jr, R. James<br>George & Brothers, LLP<br>1100 Norwood Tower<br>114 West 7th Street<br>Austin, TX 78701 | => Austin Chronicle (The)*; Black, Louis*; Grigg, Richard A.*; Harrington, James C.*; Kentor, Michael* |
| Grossman, Harvey<br>Roger Baldwin Foundation of ACLU, Inc.<br>180 North Michigan Avenue<br>Suite 2300<br>Chicago, IL 60601 | => American Civil Liberties of Illinois, Inc.*; Currie, Barbara Flynn*; Geraghty, Diane C.*; Gerson, Gary S.*; Montgomery, James D.*; Terkel, Studs*; Young, Quentin* |
| Hilliard, Robert C.<br>Hilliard & Munoz, LLP<br>719 S. Shoreline Blvd.<br>Suite 500<br>Corpus Christi, TX 78401 | => Antosko, Ron*; Chadden, Sr., James E.*; Trevino, Mary J.* |
| Karsh, Joshua<br>Hughes, Socol, Piers, Resnick & Dym, Ltd. | => Potter, Kathryn* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 70 West Madison Street<br>Suite 4000<br>Chicago, IL 60602 | |
| Kenny, Michael P.<br>Alston & Bird, LLP<br>1201 West Peachtree Street<br>One Atlantic Center<br>Atlanta, GA 30309-3424 | => BellSouth Communications Systems, LLC*; BellSouth Corp.*; BellSouth Telecommunications, Inc.* |
| Mandel, Roger L.<br>Stanley, Mandel & Iola, LLP<br>3100 Monticello Avenue<br>Suite 750<br>Dallas, TX 75205 | => Mahoney, Pamela A.* |
| Mason, Gary Edward<br>Mason Law Firm<br>1225 19th Street, N.W.<br>Suite 500<br>Washington, DC 20038 | => Brown, Cory; Driscoll, Jr., David M.; Ludman, Harold; Taylor, Anne Brydon |
| Mayer, Carl J.<br>66 Witherspoon Street<br>Suite 414<br>Princeton, NJ 08542 | => Mayer, Carl J. |
| McNicholas, Edward R.<br>Sidley, Austin, LLP<br>1501 K Street, N.W.<br>Washington, DC 20005-1401 | => American Telephone & Telegraph Co.*; AT&T Communications, Inc.*; AT&T Corp.*; AT&T Inc.* |
| O'Malley, Michael C.<br>Siben & Siben, LLP<br>90 East Main Street<br>Bay Shore, NY 11706 | => Marck, Edward; Waltuch, Carol |
| Olson, Karl<br>Levy, Ram, & Olson LLP<br>639 Front Street<br>4th Floor<br>San Francisco, CA 94111 | => Associatd Press*; Bloomberg News*; Los Angeles Times*; San Francisco Chronicle*; San Jose Mercury News*; USA Today* |
| Orleans, Renee S.<br>U.S. DOJ, Civil Division, Federal Prorgams Branch<br>20 Massachusetts Avenue, NW, Room 7120<br>P.O. Box 883<br>Washington, DC 20044 | => Bush, George W.*; National Security Agency*; United States of America* |
| Schwarz, Steven E.<br>Law Offices of Steven E. Schwarz<br>2461 W. Foster Avenue<br>#1W<br>Chicago, IL 60625 | => Goggins, Ramon*; Joll, James*; Schwarz, Steven* |
| Slater, Christopher A.<br>Slater & Ross<br>1 S.W. Columbia Street<br>Suite 1850<br>Portland, OR 97258 | => Hines, Darryl* |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,791 Continued)*                                                         Page 3

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| St. Pierre, Michael A.<br>Revens Revens & St. Pierre<br>946 Centerville Road<br>Warwick, RI 02886 | => Bissit, Charles F.*; Bissit, Sandra*; Bouchard, Arthur*; Bouchard, Mary Ann*; Caparco, Aldo*; Caparco, Janice*; Caparco, Jenna*; DeLuca, Rose*; Douquette, Christine*; Hayek, III, George*; Klaczynski, Maryanne*; Matrumalo, June*; Matrumalo, Paula*; Matrumalo, Vincent*; Mirabella, Nicole*; Pothier, Patricia*; Pothier, Paul*; Thibeault, Gerard*; Thomas, Jennifer*; Votta, Marshall* |
| Van Der Hout, Marc<br>Van Der Hout & Brigagliano<br>180 Sutter Street<br>5th Floor<br>San Francisco, CA 94123 | => Center for Constitutional Rights |
| Wagner, Nicholas<br>Law Offices of Wagner & Jones<br>1111 E. Herndon<br>#317<br>Fresno, CA 93720 | => Bolich, Debra*; Bolich, James*; Boulet, Mark*; Brown, Lloyd*; Conner, Greg*; Kampmann, Stephen M.*; Salazar, Claudia*; Scroggins, Cheryl*; Scroggins, Melissa*; Vasquez, Sergio*; Wilten, M. Diedre* |
| Williams, III, Conrad S.P.<br>St. Martin, Williams & Bourque<br>P.O. Box 2017<br>Houma, LA 70361 | => Herron, Tina*; Segi, Brandy* |
| Woodward, Martin<br>Stanley, Mandel & Iola, LLP<br>3100 Monticello Avenue<br>Suite 750<br>Dallas, TX 75205 | => Fuller, Rhea* |
| Zevin, Matthew J.<br>Stanley, Mandel & Iola, L.L.P.<br>550 West C Street<br>Suite 1600<br>San Diego, CA 92101 | => Souder, Shelly D.* |

**Note:** Please refer to the report title page for complete report scope and key.

LSS

RECEIVED
CLERK'S OFFICE
2007 MAR 15 P 3: 33

# U.S. District Court
## Southern District of Florida (Ft. Lauderdale)
### CIVIL DOCKET FOR CASE #: 0:07-cv-60365-WJZ

| | |
|---|---|
| Jacobs et al v. AT&T Corp. et al | Date Filed: 03/14/2007 |
| Assigned to: Chief Judge William J. Zloch | Jury Demand: Defendant |
| Case in other court: In the 17th Judicial Circuit for Broward County, 0704470 | Nature of Suit: 890 Other Statutory Actions |
| Cause: 28:1441 Notice of Removal | Jurisdiction: Federal Question |

**Plaintiff**

**Howard Jacobs**
*a natural person*

represented by **Brian Hugh Adler**
McGrane Nosich & Ganz
75 Valencia
Suite 1100
Coral Gables, FL 33134
305-442-4800
Fax: 442-2339
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laurence Kornblum**
*a natural person*

represented by **Brian Hugh Adler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Miller**
*a natural person, on behalf of themselves and All others Similarly Situated,*

represented by **Brian Hugh Adler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AT&T Corp.**
*a foreign corporation*

represented by **Albert L. Frevola, Jr.**
Gordon Hargrove & James
2400 East Commercial Boulevard
Suite 1100
Fort Lauderdale, FL 33308-3092
954-958-2500
Fax: 958-2513
Email: afrevola@ghj.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*