UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 07-60365 (WJZ/LSS)

HOWARD JACOBS, *et al.*

    *Plaintiffs,*

vs.

AT&T CORP., *et al.*,

    *Defendants.*
_____/

## UNOPPOSED MOTION TO STAY PROCEEDINGS IN LIGHT OF PENDING RULING BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Defendants, AT&T Corp.; BellSouth Telecommunications, Inc.; and Cingular Wireless, LLC ("AT&T Defendants"), hereby move to stay this matter in light of the pending ruling by the Judicial Panel on Multidistrict Litigation, and state:

1. The AT&T Defendants have filed a notice with the Judicial Panel On Multidistrict Litigation ("Panel") pursuant to 28 U.S.C. § 1407 requesting that the Panel transfer this case as a "tag along" action for consolidation and coordination with the matters currently pending before the United States District Court for the Northern District of California as part of MDL-1791, Case No. M:06-cv-01791-VRW. The "tag along" notice is attached as Exhibit "A." *See also In re Nat'l Sec. Agency Telecommunications Records Litig.*, 444 F. Supp. 2d 1332 (J.P.M.L. 2006) (initial transfer order).

2. The AT&T Defendants have consulted with Plaintiffs' counsel from the Motley Rice firm and are authorized to represent that Plaintiffs agree to stay this action pending transfer to MDL-1791 and will not oppose the removal or transfer of this action.

3. Similarly, The AT&T Defendants have consulted with the other Defendants in this action and represent that both the AT&T Defendants and all other Defendants agree that all activity in this Court should be stayed pending transfer of the action to MDL-1791.

4. Because any other activity in this case pending a ruling by the Panel regarding transfer of the case would be a waste of party and judicial resources, all parties request that all proceedings in this case be stayed, and that no Defendant need answer or otherwise respond to the complaint filed in this case pending further order of this Court or, if the case is transferred, the court adjudicating MDL-1791, *In re National Security Agency Telecommunications Records Litigation*.

5. All parties further agree that this Motion and any stay entered shall not preclude or otherwise affect any party's substantive rights or ability to assert any claims or defenses.

6. The AT&T Defendants will promptly notify the Court after the Panel issues its ruling.

7. A proposed Order is attached for the Court's consideration.

WHEREFORE, for each and every reason set forth above, AT&T Corp., BellSouth Telecommunications, Inc., and Cingular Wireless LLC request that this Court stay this Action, and that no Defendant need answer or otherwise respond to the complaint filed in this case pending specific court order.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of March, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing.

By: /s/ Vanessa D. Sloat-Rogers

Albert L. Frevola, Jr.
Florida Bar No.: 0857416
Vanessa D. Sloat-Rogers
Florida Bar No.: 353530
GORDON HARGROVE & JAMES, P.A.
*Attorneys For AT&T Corp,* **BellSouth Telecommunications, Inc. and Cingular Wireless LLC**
2400 East Commercial Boulevard, Ste. 1100
Fort Lauderdale, FL 33308
Telephone: (954) 958-2500
Facsimile: (954) 958-2513
E-mail: afrevola@ghj.com
E-mail: vsloatrogers@ghj.com

## SERVICE LIST

HOWARD JACOBS, *et al.* v.
AT&T CORP., *et al.*
Case No.: 07-60365 (WJZ/LSS)
United States District Court
Southern District of Florida

Brian H. Adler, Esq.
Bader, Stillman & Adler, P.L.
Co-Counsel for Plaintiffs
6100 W. Atlantic Boulevard
Margate, FL 33063

Ronald Motley, Esq.
Donald Migliori, Esq.
Motley Rice, LLC
Co-Counsel for Plaintiffs
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Christopher Placitella, Esq.
William Marvin, Esq.
Cohen, Placitella & Roth, P.C.
Co-Counsel for Plaintiffs
115 Maple Avenue
Red Bank, NJ 07701

Gary Shapiro, Esq.
David Sternlieb, Esq.
Shapiro & Sternlieb, LLC
Co-Counsel for Plaintiffs
800 Tennent Road, Second Floor
Manalapan, NJ 07726