UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 07-60365-CIV-ZLOCH/SNOW

HOWARD JACOBS, a natural person, and
LAURENCE KORNBLUM, a natural person,
and KATHLEEN MILLER, a natural person, on
behalf of themselves and All Others Similarly
Situated,

        Plaintiffs,

vs.

AT&T CORP., a foreign corporation,
AMERICAN TELEPHONE AND
TELEGRAPH COMPANY, a foreign
corporation, BELLSOUTH
TELECOMMUNICATIONS, INC., a foreign
corporation, CINGULAR WIRELESS, LLC, a
foreign limited liability company, VERIZON
COMMUNICATIONS, INC., a foreign limited
liability company, VERIZON FLORIDA, INC.,
a Florida corporation, and DOES 1-20,

        Defendants.
_____/

## NOTICE OF FILING CONDITIONAL TRANSFER ORDER

Defendant, AT&T CORP., hereby gives notice of filing a copy of the Conditional Transfer Order, which transfers this action under 28 U.S.C. § 1407 to the Northern District of California. A true and correct copy of the Conditional Transfer Order is attached hereto.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of March, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic

CASE NO.: 07-60365-CIV-ZLOCH/SNOW

Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing.

        GORDON HARGROVE & JAMES, P.A.
        *Attorneys for AT&T, BellSouth & Cingular*
        2400 East Commercial Boulevard,
        Suite 1100
        Fort Lauderdale, FL 33308
        Telephone: (954) 958-2500
        Facsimile: (954) 958-2513

        By: /s/ Vanessa D. Sloat-Rogers
            ALBERT L. FREVOLA, JR.
            Florida Bar No.: 0857416
            Email: afrevola@ghj.com
            VANESSA D. SLOAT-ROGERS
            Florida Bar No.: 353530
            Email: vsloatrogers@ghj.com

☑ 001

**1791**

DOCKET NO. 1791

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION*

*Howard Jacobs, et al. v. AT&T Corp., et al.,* S.D. Florida, C.A. No. 0:07-60365

**CONDITIONAL TRANSFER ORDER (CTO-6)**

On August 9, 2006, the Panel transferred 15 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 444 F.Supp.2d 1332 (J.P.M.L. 2006). Since that time, 28 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vaughn R. Walker.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Walker.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of August 9, 2006, and, with the consent of that court, assigned to the Honorable Vaughn R. Walker.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED MAR 2 3 2007

## SERVICE LIST

HOWARD JACOBS, *et al. v.* AT&T CORP., *et al.*
Case No.: 07-60365-CIV-ZLOCH/SNOW
United States District Court
Southern District of Florida

Brian H. Adler, Esq.
Bader, Stillman & Adler, P.L.
Co-Counsel for Plaintiffs
6100 W. Atlantic Boulevard
Margate, FL 33063

Ronald Motley, Esq.
Donald Migliori, Esq.
Motley Rice, LLC
Co-Counsel for Plaintiffs
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Christopher Placitella, Esq.
William Marvin, Esq.
Cohen, Placitella & Roth, P.C.
Co-Counsel for Plaintiffs
115 Maple Avenue
Red Bank, NJ 07701

Gary Shapiro, Esq.
David Sternlieb, Esq.
Shapiro & Sternlieb, LLC
Co-Counsel for Plaintiffs
800 Tennent Road, Second Floor
Manalapan, NJ 07726