UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 07-60365 (WJZ/LSS)

HOWARD JACOBS, *et al.*

    *Plaintiffs*,

vs.

AT&T CORP., *et al.*,

    *Defendants*.

_____/

## NOTICE OF FILING CORRECTED EXHIBIT "A" TO UNOPPOSED MOTION TO STAY PROCEEDINGS IN LIGHT OF PENDING RULING BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Defendants, AT&T Corp.; BellSouth Telecommunications, Inc.; and Cingular Wireless, LLC ("AT&T Defendants"), hereby give notice of filing corrected Exhibit "A" to its Unopposed Motion to Stay Proceedings in Light of Pending Ruling by the Judicial Panel on MultiDistrict Litigation, and state:

    1.    The AT&T Defendants e-filed their Unopposed Motion to Stay Proceedings in Light of Pending Ruling by the Judicial Panel on MultiDistrict Litigation [D.E. 2] on March 20, 2007.

    2.    Exhibit "A" to the Unopposed Motion was incomplete as only seven pages of the 37-page Exhibit were inadvertently e-filed as an attachment [D.E. 2-2].

    3.    A complete copy of Exhibit "A" is attached to this Notice of Filing.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21[th] day of March, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing.

By: /s/ Vanessa D. Sloat-Rogers

Albert L. Frevola, Jr.
Florida Bar No.: 0857416
Vanessa D. Sloat-Rogers
Florida Bar No.: 353530
GORDON HARGROVE & JAMES, P.A.
*Attorneys For AT&T Corp,* **BellSouth Telecommunications, Inc. and Cingular Wireless LLC**
2400 East Commercial Boulevard, Ste. 1100
Fort Lauderdale, FL 33308
Telephone: (954) 958-2500
Facsimile: (954) 958-2513
E-mail: afrevola@ghj.com
E-mail: vsloatrogers@ghj.com

083411-000015/26/ggr

## SERVICE LIST

HOWARD JACOBS, *et al.* v.
AT&T CORP., *et al.*
Case No.: 07-60365 (WJZ/LSS)
United States District Court
Southern District of Florida

Brian H. Adler, Esq.
Bader, Stillman & Adler, P.L.
Co-Counsel for Plaintiffs
6100 W. Atlantic Boulevard
Margate, FL 33063

Ronald Motley, Esq.
Donald Migliori, Esq.
Motley Rice, LLC
Co-Counsel for Plaintiffs
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Christopher Placitella, Esq.
William Marvin, Esq.
Cohen, Placitella & Roth, P.C.
Co-Counsel for Plaintiffs
115 Maple Avenue
Red Bank, NJ 07701

Gary Shapiro, Esq.
David Sternlieb, Esq.
Shapiro & Sternlieb, LLC
Co-Counsel for Plaintiffs
800 Tennent Road, Second Floor
Manalapan, NJ 07726

083411-000015/26/ggr