UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60365-CIV-ZLOCH

HOWARD JACOBS, et al.,

    Plaintiffs,

vs.                                           **ORDER STAYING ACTION**

AT&T CORP., et al.,

    Defendants.
_____/

THIS MATTER is before the Court upon Defendants AT&T Corp., BellSouth Telecommunications, Inc. and Cingular Wireless, LLC's Unopposed Motion To Stay Proceedings In Light Of Pending Ruling By The Judicial Panel On Multidistrict Litigation (DE 2). The Court has carefully reviewed said Motion and the entire court file herein and is otherwise fully advised in the premises.

In the instant Motion (DE 2), Defendants inform the Court that the above-styled cause qualifies as a "tag-along" action to Multidistrict Litigation Case No. 1791, styled <u>In re National Security Agency Telecommunication Record Litigation</u>, currently pending in the United States District Court for the Northern District of California. Defendants have notified the Judicial Panel On Multidistrict Litigation of the above-styled cause, and expect that the Panel will shortly issue a Conditional Transfer Order of the same. The Court notes that, while the Rules of Procedure of the Judicial Panel on Multidistrict Litigation do not require a stay of an action under the circumstances set forth above, such stays are commonly entered in order to preserve judicial resources. Furthermore, the Court notes the fact that the instant

Motion is unopposed by Plaintiffs.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendants AT&T Corp., BellSouth Telecommunications, Inc. and Cingular Wireless, LLC's Unopposed Motion To Stay Proceedings In Light Of Pending Ruling By The Judicial Panel On Multidistrict Litigation (DE 2) be and the same is hereby **GRANTED** and the above-styled cause be and the same is hereby **STAYED** until further notice of the Court;

2. The Clerk of the United States District Court for the Southern District of Florida is hereby **DIRECTED** to mark the above-styled action closed for statistical purposes; and

3. In the event that the above-styled cause is consolidated by the Judicial Panel on Multidistrict Litigation as set forth above, nothing in this Order shall be read to operate as a stay in any transferee Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of March, 2007.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

All counsel of record