UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



May 9, 2007

United States District Court
Northern District of California
Office of the Clerk
450 Golden Gate Avenue
San Francisco, CA 94102

RE:    MDL# 1791       In re: National Security Agency Telecommunications- Transfer Order
        Our Case #(s)    07cv60365-WJZ

Dear Sir:

In compliance with the Transfer Order, we are forwarding a copy of the record and the docket sheet, as PDF documents attached to an email addressed to  rufino_santos@cand.uscourts.gov

Please acknowledge receipt of the transfer of the case on the enclosed copy of this letter.

CLARENCE MADDOX
Clerk of Court


by: /s_____
    Dena R. Eaton
    Case Administrator

Encl.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



May 9, 2007

United States District Court
Northern District of California
Office of the Clerk
450 Golden Gate Avenue
San Francisco, CA 94102

RE:     MDL# 1791        In re: National Security Agency Telecommunications- Transfer Order
        Our Case #(s)     07cv60365-WJZ

Dear Sir:

In compliance with the Transfer Order, we are forwarding a copy of the record and the docket sheet, as PDF documents attached to an email addressed to rufino_santos@cand.uscourts.gov

Please acknowledge receipt of the transfer of the case on the enclosed copy of this letter.

CLARENCE MADDOX
Clerk of Court

by: s/_____
    Dena R. Eaton
    Case Administrator

Encl.

```
CLERK'S ACKNOWLEDGMENT OF RECEIPT

Receipt of: electronic court file

is hereby acknowledged.  This case
has been assigned our case number:
_____

by: _____, Deputy Clerk

on: _____
```

| ✔ 301 N. Miami Avenue<br>Room 150<br>Miami, FL 33128<br>305-523-5100 | ☐ 299 E. Broward Boulevard<br>Room 108<br>Ft. Lauderdale, FL 33301<br>954-769-5400 | ☐ 701 Clematis Street<br>Room 402<br>W. Palm Beach, FL 33401<br>561-803-3400 | ☐ 301 Simonton Street<br>Room 130<br>Key West, FL 33040<br>305-295-8100 | ☐ 300 S. Sixth Street<br>Ft. Pierce, FL 34950<br>772-595-9691 |