ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
tien@eff.org
KURT OPSAHL (191303)
kurt@eff.org
KEVIN S. BANKSTON (217026)
bankston@eff.org
CORYNNE MCSHERRY (221504)
corynne@eff.org
JAMES S. TYRE (083117)
jstyre@eff.org
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION, MDL No. 1791<br><br>This Document Relates To:<br><br>ALL CASES except AL HARAMAIN v. BUSH 07-0109; CENTER FOR CONSTITUTIONAL RIGHTS v. BUSH 07-1115; UNITED STATES V. FARBER, ET AL 07-1324; UNITED STATES V. ADAMS, ET. AL. 07-1323; UNITED STATES V. PALERMINO, ET AL, 07-1326; UNITED STATES V. VOLZ, ET AL, 07-1396 | MDL Docket No 06-1791 VRW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] INTERIM ORDER TO PRESERVE EVIDENCE**<br><br>Date:        October 25, 2007<br>Time:       2:00 p.m.<br>Courtroom: 6, 17th Floor<br>Judge:      The Hon. Vaughn R. Walker |

1  This matter came on for hearing before the Court on Plaintiffs' motion for an order to
2  preserve evidence. Having given full consideration to all of Plaintiffs' papers, evidence, and the
3  relevant authorities, all of Defendants' responses thereto, and the oral presentations of counsel, and
4  good cause appearing, it is HEREBY ORDERED as follows:

5  1. All parties and interveners as well as their employees, officers, agents, servants,
6  contractors, carriers, bailees, attorneys, or persons in active concert or participation with them must
7  take all necessary actions to prevent the destruction or alteration of what they know, or reasonably
8  should know, will be relevant evidence in this litigation until further Order of this Court, including
9  any evidence the destruction of which would prejudice another party.

10  2. Counsel is under an obligation to exercise reasonable efforts to identify and notify
11  parties and nonparties, including employees and agents of corporate or institutional parties and
12  non-parties, who possess or will possess materials reasonably anticipated to be relevant in this
13  action.

14  3. If the practices of any party involve the destruction, recycling, relocation, or
15  mutation of such materials, the party must either

16  (1) halt such practices;
17  (2) sequester or remove such material from the process; or
18  (3) arrange for the preservation of complete and accurate duplicates or copies of
19  such material, suitable for later discovery if requested.

20  4. A party may apply to the court for further instructions or relief from this Order upon
21  reasonable notice after the Ninth Circuit decision in *Hepting v. AT&T*.

22  5. Each party will, within 10 days after receiving this Order, designate an individual
23  who shall be responsible for ensuring that the party carries out the requirements of this Order.

* * *

**O R D E R**

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE VAUGHN R. WALKER
CHIEF UNITED STATES DISTRICT JUDGE

No. M-06-01791-VRW   [PROPOSED] INTERIM ORDER TO PRESERVE EVIDENCE