1  PETER D. KEISLER
   Assistant Attorney General
2  CARL J. NICHOLS
   Deputy Assistant Attorney General
3  JOSEPH H. HUNT
   Director, Federal Programs Branch
4  ANTHONY J. COPPOLINO
   Special Litigation Counsel
5  ALEXANDER K. HAAS  (SBN 220932)
   Trial Attorney
6  U.S. Department of Justice
   Civil Division
7  Federal Programs Branch
   20 Massachusetts Avenue, NW
8  Washington, D.C. 20001
   Phone: (202) 514-4782
9  Fax:    (202) 616-8470

10  *Attorneys for the United States*

11              **UNITED STATES DISTRICT COURT**

12            **NORTHERN DISTRICT OF CALIFORNIA**

13               **SAN FRANCISCO DIVISION**

14                                          )   **No. M:06-cv-01791-VRW**
    IN RE NATIONAL SECURITY AGENCY          )
15  TELECOMMUNICATIONS RECORDS              )   **UNITED STATES' NOTICE OF**
    LITIGATION                              )   **LODGING OF *IN CAMERA, EX***
16                                          )   ***PARTE* MATERIAL**
                                            )
17  _____     )   Judge:  Hon. Vaughn R. Walker
                                            )
    This Document Relates To:               )
18                                          )   Date:        November 15, 2007
    ALL CASES except *Al-Haramain v. Bush* (07-  )   Time:        2 p.m.
19  109); *CCR v. Bush* (07-1115); *United States v.*  )   Courtroom:   6 - 17th Floor
    *Farber* (07-1324); *United States v. Adams*   )
20  (07-1323); *United States v. Palermino*   )
    (07-1326); *United States v. Volz* (07-1396);   )
21  _____     )

22

23

24

25

26

27

28

1

2

**UNITED STATES'S NOTICE OF LODGING OF**
***IN CAMERA, EX PARTE* MATERIAL**

3          Intervenor the United States of America hereby provides Notice of the submission, for

4   the Court's *in camera*, *ex parte* consideration, of the following materials in support of the United

5   States' Opposition to Plaintiffs' Motion for an Order to Preserve Evidence:

6          1.  United States' Classified *In Camera*, *Ex Parte* Supplemental Memorandum in

7   Opposition to Plaintiffs' Motion for an Order to Preserve Evidence;[1] and

8          2.  Classified *In Camera*, *Ex Parte* Declaration of a Senior NSA Official.

9   DATED:  October 25, 2007                    Respectfully Submitted,

10                                              PETER D. KEISLER
                                                Assistant Attorney General, Civil Division

11                                              CARL J. NICHOLS
                                                Deputy Assistant Attorney General

12
                                                DOUGLAS N. LETTER
13                                              Terrorism Litigation Counsel

14                                              JOSEPH H. HUNT
                                                Director, Federal Programs Branch

15
                                                    */s/ Anthony J. Coppolino*
16                                              ANTHONY J. COPPOLINO
                                                Special Litigation Counsel

17
                                                    */s/ Alexander K. Haas*
18                                              ALEXANDER K. HAAS  (SBN 220932)
                                                Trial Attorney
19                                              U.S. Department of Justice
                                                Civil Division, Federal Programs Branch
20                                              20 Massachusetts Avenue, NW
                                                Washington, D.C. 20001
21                                              Phone:   (202) 514-4782 — Fax: (202) 616-8460
                                                Email: tony.coppolino@usdoj.gov
22
                                                *Attorneys for the United States*
23

24

25

26

27
          [1] An unclassified memorandum in opposition to Plaintiffs' motion has been filed on the
28   public record.