1    PILLSBURY WINTHROP SHAW PITTMAN LLP
      BRUCE A. ERICSON  #76342
2    DAVID L. ANDERSON  #149604
      JACOB R. SORENSEN  #209134
3    MARC H. AXELBAUM  #209855
      50 Fremont Street
4    Post Office Box 7880
      San Francisco, CA  94120-7880
5    Telephone: (415) 983-1000
      Facsimile: (415) 983-1200
6    Email: bruce.ericson@pillsburylaw.com

7    SIDLEY AUSTIN LLP
      DAVID W. CARPENTER (admitted *pro hac vice*)
8    BRADFORD A. BERENSON (admitted *pro hac vice*)
      DAVID L. LAWSON (admitted *pro hac vice*)
9    EDWARD R. MCNICHOLAS (admitted *pro hac vice*)
      ERIC A. SHUMSKY #206164
10   1501 K Street, N.W.
      Washington, D.C.  20005
11   Telephone:  (202) 736-8010
      Facsimile:  (202) 736-8711

12
      Attorneys for the AT&T, Cingular and BellSouth Defendants
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17
18   In re:                                    MDL Dkt. No. 06-1791-VRW

19   NATIONAL SECURITY AGENCY                  **JOINDER OF AT&T, CINGULAR AND**
      TELECOMMUNICATIONS RECORDS               **BELLSOUTH DEFENDANTS IN UNITED**
20   LITIGATION                                **STATES' OPPOSITION TO**
                                               **PLAINTIFFS' MOTION FOR AN ORDER**
21                                             **TO PRESERVE EVIDENCE (Dkt. 386)**

22   This Document Relates To:                 Date:       November 15, 2007
23                                             Time:       2:00 p.m.
                                               Courtroom:  6, 17th Floor
      ALL ACTIONS except *Al-Haramain v. Bush* Judge:      Hon. Vaughn R. Walker
24   (07-109); *CCR v. Bush* (07-1115); *United
      States v. Farber* (07-1324); *United States v.*
25   *Adams* (07-1323); *United States v. Palermino*
      (07-1326); *United States v. Volz* (07-1396);
26   *United States v. Gaw* (07-1242); *Clayton, et al.*
      *v. AT&T Communications of the Southwest*
27   (07-1187)

28

AT&T, Cingular and BellSouth Defs' Joinder in
USG's Opp. to Mot. for Order to Preserve Evidence
MDL No. 06-1791-VRW

1    The AT&T, Cingular and BellSouth Defendants (as defined in footnotes 3 and 5 of

2  the Joint Case Management Statement, Dkt. 61-1) respectfully join the United States'

3  Opposition to Plaintiffs' Motion for an Order to Preserve Evidence ("Opposition," Dkt.

4  386).  For the reasons stated in the Opposition, this Court should deny Plaintiffs' Motion

5  for Order to Preserve Evidence (Dkt. 373).

6    Dated:  October 25, 2007.

7  PILLSBURY WINTHROP                    SIDLEY AUSTIN LLP
     SHAW PITTMAN LLP                    DAVID W. CARPENTER*
8  BRUCE A. ERICSON                       BRADFORD A. BERENSON*
   DAVID L. ANDERSON                      DAVID L. LAWSON*
9  JACOB R. SORENSEN                      EDWARD R. MCNICHOLAS*
   MARC H. AXELBAUM                       ERIC A. SHUMSKY
10 50 Fremont Street                      1501 K Street, N.W.
   Post Office Box 7880                   Washington, DC 20005
11 San Francisco, CA 94120-7880
                                          * admitted *pro hac vice*
12

13 By ____/s/ Bruce A. Ericson_____    By ____/s/ Bradford A. Berenson____
        Bruce A. Ericson                        Bradford A. Berenson
14
            Attorneys for the AT&T, Cingular and BellSouth Defendants
15

16

17

18

19

20

21

22

23

24

25

26

27

28

700849226v1

AT&T, Cingular and BellSouth Defs' Joinder in
USG's Opp. to Mot. for Order to Preserve Evidence
MDL No. 06-1791-VRW