JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
CARL J. NICHOLS
Deputy Assistant Attorney General
ANTHONY J. COPPOLINO
Special Litigation Counsel
ALEXANDER K. HAAS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782
Fax:    (202) 616-8470
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION <br><br> This Document Relates To: <br><br> ALL CASES | No. M:06-cv-01791-VRW <br><br> **NOTICE OF MANUAL FILING** <br><br> Honorable Vaughn R. Walker |

## MANUAL FILING NOTIFICATION

**Regarding:** Response of the United States to the Court's Order of November 6, 2007 Concerning Document Preservation

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): ____

**NOTICE OF MANUAL FILING–MDL No. 06-1791-VRW (ALL CASES)**                                    -1-

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

Dated:  December 14, 2007                Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Special Litigation Counsel

  /s/ Alexander K. Haas
ALEXANDER K. HAAS (SBN 220932)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782—Fax:  (202) 616-8470
tony.coppolino@usdoj.gov

*Attorneys for the United States*

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2007, I electronically filed the foregoing Notice of Manual Filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those registered with the CM/ECF system.

I further certify that on December 14, 2007, I served the underlying sealed document by first class mail on the following counsel.

| | |
|---|---|
| CINDY A. COHN<br>LEE TIEN<br>ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell Street<br>San Francisco, CA 94110<br>Telephone: (415) 436-9333 x108<br>Facsimile: (415) 436-9993 | ROGER BALDWIN FOUNDATION OF ACLU<br>HARVEY GROSSMAN<br>ADAM SCHWARTZ<br>180 North Michigan Avenue<br>Suite 2300<br>Chicago, IL 60601<br>Telephone: (312) 201-9740<br>Facsimile: (312) 201-9760 |
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>ELIZABETH J. CABRASER<br>BARRY R. HIMMELSTEIN<br>ERIC B. FASTIFF<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | MOTLEY RICE LLC<br>RONALD MOTLEY<br>DONALD MIGLIORI<br>JODI WESTBROOK FLOWERS<br>JUSTIN KAPLAN<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465<br>Telephone: (843) 216-9000<br>Facsimile: (843) 216-9450 |
| GEORGE & BROTHERS, L.L.P.<br>R. JAMES GEORGE, JR.<br>DOUGLAS BROTHERS<br>1100 Norwood Tower<br>114 W. 7th Street<br>Austin, Texas 78701<br>Telephone: (512) 495-1400<br>Facsimile: (512) 499-0094 | THE MASON LAW FIRM, PC<br>GARY E. MASON<br>NICHOLAS A. MIGLIACCIO<br>1225 19th St., NW, Ste. 500<br>Washington, DC 20036<br>Telephone: (202) 429-2290<br>Facsimile: (202) 429-22 |
| MAYER LAW GROUP<br>CARL J. MAYER<br>66 Witherspoon Street, Suite 414<br>Princeton, New Jersey 08542<br>Telephone: (609) 921-8025<br>Facsimile: (609) 921-6964 | BRUCE I AFRAN, ESQ.<br>10 Braeburn Drive<br>Princeton, NJ 08540<br>609-924-2075 |
| LISKA, EXNICIOS & NUNGESSER<br>ATTORNEYS-AT-LAW<br>VAL PATRICK EXNICIOS<br>One Canal Place, Suite 2290<br>365 Canal Street<br>New Orleans, LA 70130<br>Telephone: (504) 410-9611<br>Facsimile: (504) 410-9937 | KRISLOV & ASSOCIATES, LTD.<br>CLINTON A. KRISLOV<br>20 North Wacker Drive<br>Suite 1350<br>Chicago, IL 60606<br>Telephone: (312) 606-0500<br>Facsimile: (312) 606-0207 |

**NOTICE OF MANUAL FILING–MDL No. 06-1791-VRW (ALL CASES)**

| | | |
|---|---|---|
| 1 | Steven E. Schwarz<br>2461 W. Foster Ave., #1W<br>Chicago, IL 60625<br>Telephone: (773) 837-6134 | Ann Brick<br>Nicole A. Ozer<br>American Civil Liberties Union<br>Foundation of Northern California<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br>Facsimile: (415) 255-8437 |
| 2 | Peggy A. Whipple<br>Jennifer Heintz<br>P.O. BOX 360<br>Jefferson City, MO 65102 | Laurence F. Pulgram<br>Jennifer L. Kelly<br>Candace Morey<br>Aaron Perzanowski<br>Fenwick & West LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350 |
| 3 | Shayana Kadidal<br>Michael Ratner<br>Center for Constitutional Rights<br>666 Broadway, 7th Floor<br>New York, NY 10012-2317<br>Phone: (212) 614-6438<br>Fax: (212) 614-6499<br>Email: kadidal@ccr-ny.org | Ilann Maazel<br>Matthew D. Brinckerhoff<br>Emery Celli Brinckerhoff & Abady LLP<br>545 Madison Avenue, 3rd Floor<br>New York, NY 10022<br>Tel: (212) 763-5000<br>Fax: (212) 763-5001 |
| 4 | Steven Goldberg, OSB 75134<br>621 SW Morrison, Suite 1450<br>Portland, OR 97205<br>5032242372 - Fax 503.2241123 | Thomas H. Nelson<br>Zaha S. Hassan<br>J. Ashlee Albies<br>Thomas H. Nelson & Associates<br>825 NE Multnomah, Suite 925<br>Portland, OR 97232<br>503230.8311 - Fax 503230.8313 |
| 5 | Jon B. Eisenberg<br>1970 Broadway, Suite 1200<br>Oakland, CA 94612<br>5104522581- Fax 5104523277 | Lisa R Jaskol<br>15760 Ventura Blvd., 18th Flr.<br>Encino, CA 91436<br>818995.5820 - Fax 818.995.3157 |
| 6 | Seth R. Klein<br>Schatz Nobel Izard, P.C.<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103<br>Tel.: 860-493-6292<br>Fax: 860-493-6290 | Bill Vallée<br>Principal Attorney<br>State of Connecticut<br>Office of Consumer Counsel<br>10 Franklin Square<br>New Britain, CT 06051 |

**NOTICE OF MANUAL FILING–MDL No. 06-1791-VRW (ALL CASES)**

| | |
|---|---|
| Tatiana Eirmann<br>10 Franklin Square<br>New Britain CT<br>Phone: (860) 827-2620<br>Fax:    (860)827-2893 | Bradford A. Berenson<br>Sidley Austin LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>(202) 736-8971<br>(202) 736-8711 (fax) |
| John A. Rogovin<br>WilmerHale<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>+1 202 663 6270 (t)<br>+1 202 663 6363 (f) | Michael N. Donofrio<br>Assistant Attorney General<br>Vermont Attorney General's Office<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-6906 |
| Christopher Zaetta<br>Hogan & Hartson LLP<br>Columbia Square, 555 Thirteenth Street, NW,<br>Washington, DC 20004 | Linda J. Conti<br>Assistant Attorney General<br>Six State House Station<br>Augusta, Maine 04333-0006<br>Tel. (207) 626-8800<br>Fax (207) 624-7730 |
| Patrick DeAlmeida<br>Assistant Attorney General<br>25 Market Street<br>PO BOX 112<br>Trenton, NJ 08625-0112 | Gil Greenman<br>Williams & Connolly LLP<br>725 12th St. NW<br>Washington, DC 20005<br>(202) 434-5086<br>Fax - (202) 434-5029 |

BY:       */s/ Alexander K. Haas*
          Alexander K. Haas (SBN 220932)
          Trial Attorney, United States Department of Justice
          202-307-3937—alexander.haas@usdoj.gov

**NOTICE OF MANUAL FILING–MDL No. 06-1791-VRW (ALL CASES)**