| | |
|---|---|
| WILMER CUTLER PICKERING<br>　HALE AND DORR LLP<br>John A. Rogovin  (*pro hac vice*)<br>Randolph D. Moss  (*pro hac vice*)<br>Samir C. Jain   SBN  181572<br>Brian M. Boynton   SBN  222193<br>Catherine M.A. Carroll (*pro hac vice*)<br>1875 Pennsylvania Avenue, N.W.<br>Washington, D.C.   20006<br>Telephone:  (202) 663-6000<br>Fax:  (202) 663-6363<br>Email:  john.rogovin@wilmerhale.com | MUNGER, TOLLES & OLSON LLP<br>Henry Weissmann     SBN  132418<br>Susan R. Szabo     SBN  155315<br>Aimee A. Feinberg   SBN  223309<br>355 South Grand Avenue, Suite 3500<br>Los Angeles, CA   90071-1560<br>Telephone:    (213) 683-9100<br>Facsimile:     (213) 687-3702<br>Email:  Henry.Weissmann@mto.com |

Randal S. Milch  (*pro hac vice*)
Verizon Communications Inc.
One Verizon Way, VC 43E043
Basking Ridge, NJ  07920
Telephone:  (908) 559-1752
Fax:  (908) 696-2136

Attorneys for Verizon Communications Inc.,
Verizon Northwest Inc., Verizon Florida Inc.,
Verizon Maryland Inc., Verizon Global Networks Inc.,
MCI, LLC, and MCI Communications Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS RECORDS<br>LITIGATION<br><br>This Document Relates To:<br><br>All Actions Against the MCI and Verizon Defendants<br><br>**MDL  NO. 06-1791 VRW**  (Nos. 06-6434 VRW, 06-5066 VRW, 06-6313 VRW, 06-6570 VRW, 06-5576 VRW, 06-6254 VRW, 06-96222 VRW, 06-6224 VRW, 06-6387 VRW, 06-5267 VRW, 06-5343 VRW, 06-5341 VRW, 06-5485 VRW, 06-5064 VRW, 06-5063 VRW, 07-2029 VRW, 06-6435 VRW, 06-3574 VRW, 06-6388 VRW, 06-4221 VRW, 07-2538 VRW, 07-1323 VRW, 07-1324 VRW, 07-1326 VRW, 07-1396 VRW) | **VERIZON'S STATEMENT IN RESPONSE TO THE COURT'S INTERIM ORDER ON PRESERVATION OF DOCUMENTS**<br><br>**MANUAL FILING NOTIFICATION** |

Regarding: VERIZON'S STATEMENT IN RESPONSE TO THE COURT'S INTERIM ORDER ON PRESERVATION OF DOCUMENTS

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  This filing has also been served as indicated in the attached Certificate of Service.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
    _____

1
2
3
4   By:  /s/ John A. Rogovin
          _____
5          John A. Rogovin
6
7   WILMER CUTLER PICKERING HALE AND DORR LLP
8
    1875 Pennsylvania Avenue, N.W.
9   Washington, D.C.   20006
    Telephone:  (202) 663-6000
10  Fax:  (202) 663-6363
11
    Counsel for Verizon Communications Inc.,
    Verizon Northwest Inc., Verizon Florida Inc.,
12  Verizon Maryland Inc., Verizon Global Networks
    Inc., MCI, LLC, and MCI Communications
13  Services, Inc.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

VERIZON'S STATEMENT IN RESPONSE       - 3 -       MDL No. 06-1791 VRW ET AL.
TO THE COURT'S INTERIM ORDER ON
PRESERVATION OF DOCUMENTS

CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I caused Verizon's Statement in Response to the Court's Interim Order on Preservation of Documents to be served on the following persons:

| | |
|---|---|
| Cindy Ann Cohn<br>Electronic Frontier Foundation<br>454 Shotwell Street<br>San Francisco, CA 94110<br>(415) 436-9333 x 108<br><br>(By Messenger) | Barry R. Himmelstein<br>Lieff Cabraser Heimann & Bernstein LLP<br>275 Battery Street<br>30th Floor<br>San Francisco, CA 94111<br>(415) 956-1000<br><br>(By Messenger) |
| Jodi W. Flowers<br>Motley Rice, LLC<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465<br>(843) 216-9163<br>jflowers@motleyrice.com<br><br>(By electronic mail and Federal Express) | Bradford Allan Berenson<br>Sidley Austin LLP<br>1501 K Street, NW<br>Washington, DC 20005<br>(202) 736-8971<br><br>(By Messenger) |
| John G. Kester<br>Williams & Connolly LLP<br>725 12th Street, NW<br>Washington, DC 20005<br>(202) 434-5000<br><br>(By Messenger) | Anthony Joseph Coppolino<br>U.S. Department of Justice, Civil Division<br>20 Massachusetts Avenue, N.W.<br>Room 6102<br>Washington, DC 20530<br>(202) 514-4782<br><br>(By Messenger) |
| Harvey Grossman<br>Roger Baldwin Foundation of ACLU<br>180 North Michigan Avenue<br>Suite 2300<br>Chicago, IL 60601<br>(312) 201-9740<br>hgrossman@aclu-il.org<br><br>(By electronic mail and Federal Express) | |

By:  /s/ John A. Rogovin
_____
John A. Rogovin