PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
DAVID L. ANDERSON #149604
JACOB R. SORENSEN #209134
MARC H. AXELBAUM #209855
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
DAVID L. LAWSON (admitted *pro hac vice*)
EDWARD R. MCNICHOLAS (admitted *pro hac vice*)
ERIC A. SHUMSKY #206164
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

Counsel for the AT&T, Cingular and BellSouth Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>This Document Relates To:<br><br>C-06-0672-VRW; C-06-3467-VRW; C-06-3596-VRW; C-06-5065-VRW; C-06-5067-VRW; C-06-5268-VRW; C-06-5269-VRW; C-06-5340-VRW; C-06-5343-VRW; C-06-5452-VRW; C-06-5485-VRW; C-06-5576-VRW; C-06-6222-VRW; C-06-6224-VRW; C-06-6253-VRW; C-06-6254-VRW; C-06-6294-VRW; C-06-6385-VRW; C-06-6387-VRW; C-06-6570-VRW; C-06-6924-VRW; C-06-7934-VRW; C-07-0464-VRW; C-07-1187-VRW; C-07-1242-VRW; C-07-1243-VRW; C-07-1324-VRW; C-07-1326-VRW; C-07-1396-VRW; C-07-2029-VRW; C-07-2538-VRW | MDL Dkt. No. 06-1791-VRW<br><br>**MANUAL FILING NOTIFICATION** |

# MANUAL FILING NOTIFICATION

Regarding:   STATEMENT OF COUNSEL FOR AT&T, CINGULAR AND BELLSOUTH IN RESPONSE TO THE COURT'S INTERIM ORDER ON PRESERVATION OF DOCUMENTS

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason:

_____ Voluminous Document (PDF file size larger than efiling system allowances)

_____ Unable to Scan Documents

_____ Physical object (description):_____

_____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

__X__ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____ Other (description):_____

Manual Filing Notification
MDL No. 06-1791-VRW

| | |
|---|---|
| Dated: December 14, 2007 | Respectfully submitted, |

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
DAVID L. ANDERSON
JACOB R. SORENSEN
MARC H. AXELBAUM
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

SIDLEY AUSTIN LLP
DAVID W. CARPENTER
BRADFORD A. BERENSON
DAVID L. LAWSON
EDWARD R. MCNICHOLAS
ERIC A. SHUMSKY
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

By   /s/ Bruce A. Ericson
        Bruce A. Ericson

Docket No. 06-1791-VRW

PROOF OF SERVICE BY HAND DELIVERY

I, Erik De La Funte, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Nationwide Legal in the City of San Francisco, California.

2. My business address is 1255 Post Street, Suite 500, San Francisco, CA 94109.

3. On December 14, 2007, I served a true copy of the attached document titled exactly <u>STATEMENT OF COUNSEL FOR AT&T, CINGULAR AND BELLSOUTH IN RESPONSE TO THE COURT'S INTERIM ORDER ON PRESERVATION OF DOCUMENTS (DKT. 393)</u> by placing it in an addressed sealed envelope clearly labeled to identify the attorney being served at the address shown below and delivering it to the attorney, or to the office of the attorney and leaving it with a receptionist or other person having charge thereof, or (if there was no such person at the office) by leaving it between 9 A.M. and 5 P.M. in a conspicuous place in the office. Such service was effected on the following attorneys:

Cindy Ann Cohn, Esq.
Lee Tien, Esq.
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110-1914
Telephone: 415-436-9333 X108
Facsimile: 415-436-9993

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of December, 2007, at San Francisco, California.

*/s/ Erik de la Fuente*
Erik De La Funte

Docket No. 06-1791-VRW

PROOF OF SERVICE BY ELECTRONIC TRANSMISSION

I, Winnifred J. Girard, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2. My email and business addresses are winnie.girard@pillsburylaw.com; 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. On December 14, 2007, at 50 Fremont Street, San Francisco, California, at approximately 2:30 pm, I served a true copy of the attached document titled exactly STATEMENT OF COUNSEL FOR AT&T, CINGULAR AND BELLSOUTH IN RESPONSE TO THE COURT'S INTERIM ORDER ON PRESERVATION OF DOCUMENTS (DKT. 393) by sending it via electronic transmission to the following persons at the electronic-mail addresses so indicated:

| | |
|---|---|
| Cindy Ann Cohn, Esq.<br>Lee Tien, Esq.<br>Electronic Frontier Foundation<br>454 Shotwell Street<br>San Francisco, CA 94110-1914<br>cindy@eff.org<br>tien@eff.org | Harvey Grossman, Esq.<br>Adam Schwartz, Esq.<br>Roger Baldwin Foundation of ACLU<br>180 North Michigan Avenue<br>Suite 2300<br>Chicago, IL 60601<br>hgrossman@aclu-il.org |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of December, 2007, at San Francisco, California.

Winnifred J. Girard